FILED

MAR 7 – 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ( | No. CR 4 06-MJ-70685 WDB |
| Plaintiff | ) ( | STIPULATION AND [~~PROPOSED~~] |
| vs | ) ( | ORDER TO CONTINUE HEARING AND EXCLUDING TIME UNDER |
| JEFFREY EUGENE BROWN | ) ( | THE SPEEDY TRIAL ACT |
| Defendant | ) ( | |

WHEREAS, defendant JEFFREY EUGENE BROWN, is charged in a criminal complaint now pending in the above captioned matter; and

WHEREAS, counsel HARRY C. SINGER has a conflict in scheduling on March 8, 2007; and

WHEREAS, the parties request that the matter be continued from Thursday, March 8, 2007, at 10:00 a.m. until Wednesday, March 14, 2007, at 10:00 a.m. and that the matter be placed on the Court's calendar for status.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, and agreed hereto, that the matter be continued from Thursday, March 8, 2007, at 10:00 a.m., to

-1-

*cc: WDB's Stats, Copy to parties via ECF*
*2 certified copies to Marshal*

1  Wednesday, March 14, 2007, at 10:00 a.m. pursuant to 18 U.S.C. Sec. 3161 (h)(8) in order to
2  insure continuity and effective assistance of counsel, such that the ends of justice served by
3  granting such a continuance outweigh the best interests of the public and the defendant in a
4  speedy trial.
5  
6  Defendant also waives his right to preliminary hearing or examination pursuant to
7  Federal Rule of Criminal Procedure 5.1 and his right to be charged by information or
8  indictment pursuant to the Speedy Trial Act of 1974, 18 USC Sec.3161(b) until March 14,
9  2007.

UNITED STATES ATTORNEY

DATED: 3/6/07

GARTH HIRE
Assistant United States Attorney

DATED: 3/5/07

HARRY C. SINGER
Attorney for Defendant
JEFFREY EUGENE BROWN

IT IS SO ORDERED:

March 3/7 2007

HONORABLE WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

-2-